THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HICKS SIMPSON, Appellant.—

Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.